UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:04CR294 JCH (MLM) |
| ) | |
| DENNIS WAYNE HINKLE, SR., ) | |
| ) | |
| Defendant(s). ) | |

## **ORDER**

This matter is before the Court on Defendant's Motion to Suppress Evidence and Statements, filed June 25, 2004, and Defendant's Post-Hearing Motion to Suppress Evidence, filed September 23, 2004. (Doc. Nos. 18, 41). Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Mary Ann L. Medler, who filed a Report and Recommendation on December 20, 2004. Defendant Hinkle submitted objections thereto on December 30, 2004.

The Magistrate Judge recommends that the Court deny Defendant's motions. Defendant Hinkle objects to the Report and Recommendation on four separate grounds. After de novo review of this matter, this Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Doc. No. 56) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant Dennis Wayne Hinkle, Sr.'s Motion to Suppress Evidence and Statements (Doc. No. 18) is **DENIED**.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com

**IT IS FURTHER ORDERED** that Defendant Dennis Wayne Hinkle, Sr.'s Post-Hearing Motion to Suppress Evidence (Doc. No. 41) is **DENIED**.

Dated this 1st day of June, 2005.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com